**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
BERNARD TARUC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD TARUC,<br><br>              Plaintiff,<br><br>       vs.<br><br>ZAMORA INCOME TAX INC.;<br>CHRISTINA V. ZAMORA, AS<br>TRUSTEE OF THE RECAREDO<br>ZAMORA AND CHRISTINA V.<br>ZAMORA AB LIVING TRUST; and<br>DOES 1 to 10,<br><br>              Defendants. | Case No.: 5:25-cv-00569-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff BERNARD TARUC ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: May 2, 2025   **SO. CAL. EQUAL ACCESS GROUP**

          By: <u>  /s/   Jason J. Kim  </u>
            Jason J. Kim, Esq.
            Attorneys for Plaintiff

---

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**